IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| UNITED STATES OF AMERICA, | ) No. 05-06025-01-CR-SJ-HFS |
|---|---|
| Plaintiff, | ) **Persuading a Minor to Engage in Sexually** |
| | ) **Explicit Conduct to Produce Child** |
| v. | ) **Pornography** |
| | ) 18 U.S.C. § 2251(a) |
| **JEFFREY S. THOMAS**, | ) Mandatory Minimum: 15 Years Imprisonment |
| a/k/a "eeinnavy," | ) NMT: 30 Years Imprisonment |
| [DOB: xx/x/1968], | ) Supervised Release: Any Term of Years or Life |
| Defendant. | ) Class B Felony |

**I N F O R M A T I O N**

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 4, 2003, to and including August 20, 2004, in the Western District of Missouri and elsewhere, **JEFFREY S. THOMAS**, defendant herein, knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of the conduct and knew and had reason to know that the visual depictions would be transported in interstate commerce and mailed; all in violation of Title 18, United States Code, Section 2251(a).

                          Todd P. Graves
                          United States Attorney

        By    *s/Cynthia L. Phillips*

                          Cynthia L. Phillips #6283752
                          Assistant United States Attorney

Dated: 3/6/06
       Kansas City, Missouri