# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| _____UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>_____JEFFREY S. THOMAS, )<br>)<br>Defendant ) | Case Number: 5:05-CR-06025-01-BCW |

## PLAINTIFFS
# EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
|---|---|---|---|
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 7/12/19 | 9:10 A.M. | PHOTO |
| 2 | ✓ | 7/12/19 | 9:10 A.M. | PHOTO |
| 3 | ✓ | 7/12/19 | 9:10 A.M. | PHOTO |
| 4 | ✓ | 7/12/19 | 9:10 A.M. | PHOTO |
| 5 | ✓ | 7/12/19 | 9:10 A.M. | PHOTO |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # __1__ I CERTIFY that I have this date __7/12/19__ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Signed: /s/ Davis Luna, AUSA